# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Rosario Palma-Rabago,<br>(A 205 596 858)<br>*Defendant* | Case No. 16-6487mJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of May 4, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Rosario Palma-Rabago, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about October 3, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA James B. Morse Jr.

☒ Continued on the attached sheet.

*Complainant's signature*

Luis E. Teran,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 3, 2016

*Judge's signature*

City and state: Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Luis E. Teran, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On May 4, 2016, Rosario Palma-Rabago was booked into the Maricopa County Jail (MCJ) by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Palma-Rabago was examined by ICE Officer M. Marquez who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On November 1, 2016, Palma-Rabago was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Palma-Rabago was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Rosario Palma-Rabago to be a citizen of Mexico and a previously deported alien. Palma-Rabago was removed from the United States to Mexico through Nogales, Arizona, on or about October 3, 2013, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Palma-Rabago in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland

Security to return to the United States after his removal. Palma-Rabago's immigration history was matched to him by electronic fingerprint comparison.

4. On November 2, 2016, Rosario Palma-Rabago was advised of his constitutional rights. Palma-Rabago freely and willingly acknowledged his rights and declined to make any further statements.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about May 4, 2016, Rosario Palma-Rabago, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about October 3, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Luis E. Teran,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 3rd day of November, 2016.

David K. Duncan,
United States Magistrate Judge